UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 5:20-CR-479-3 |
| | § | |
| ALEX GARCIA | § | |

## ORDER ON MOTION FOR REAL PROPERTY IN LIEU OF CASH BOND

On this the 16 day of November, 2020, the court considered the Motion for Real Property in Lieu of Cash Bond, and orders the clerk of the court to accept the deed of trust to 6746 Paradise Oak Drive, San Antonio, Texas 78227 in place of a cash bond and in satisfaction of the defendant's appearance bond.

SIGNED this the _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE